ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6595
Facsimile: (213) 894-7177
E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>13 FIREARMS AND 2,212 ROUNDS OF ASSORTED AMMUNITION,<br><br>Defendants.<br>______________________________<br>JAMES BIXENMAN,<br><br>Claimant. | CV 11-02527-ODW (SSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on March 25, 2011. Notice was given and published in accordance with law. Claimant James Bixenman ("Claimant") filed the only claim to defendant 13 firearms and 2,212 rounds of ammunition. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimant have

reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 924(d).

C. Notice of this action has been given in accordance with law. All potential claimants to defendant 13 firearms and 2,212 rounds of ammunition (collectively, “defendants” and described more specifically in the Complaint) other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D. The United States of America shall have judgment as to the following: (1) one Colt model AR-15 SP1, .223 caliber semiautomatic rifle, bearing serial number SP168950; (2) one Harrington & Richardson model Young America, .22 caliber revolver, bearing serial number 469834; (3) one thousand (1000) rounds of .22 caliber ammunition with headstamps "F" manufactured by the Federal Cartridge Company; (4) six hundred (600) rounds of .22 caliber ammunition with headstamps "Rem" manufactured by the Remington Arms Company; and (5) one hundred fifty (150) rounds of .22 caliber ammunition with headstamps "C" manufactured by CCI/Speer.

E. All other defendants shall be returned by the

United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to Claimant not later than forty-five (45) days from the date of the entry of this judgment.

F. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of ATF, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///

///

///

G. The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 21, 2011

THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE