ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177                JS-6
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 13 FIREARMS AND 2,212 ROUNDS OF ASSORTED AMMUNITION, <br><br> Defendants. <br><br>——————————————— <br> JAMES BIXENMAN, <br><br> Claimant. | CV 11-02527-ODW (SSx) <br><br><br><br> **CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on March 25, 2011. Notice was given and published in accordance with law. Claimant James Bixenman ("Claimant") filed the only claim to defendant 13 firearms and 2,212 rounds of ammunition. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimant have

1  reached an agreement that is dispositive of the action.  The
2  parties hereby request that the Court enter this Consent Judgment
3  of Forfeiture.
4      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
5          A.   This Court has jurisdiction over this action
6  pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties
7  hereto.
8          B.   The Complaint for Forfeiture states a claim for
9  relief pursuant to  18 U.S.C. § 924(d).
10         C.   Notice of this action has been given in accordance
11 with law.  All potential claimants to defendant 13 firearms and
12 2,212 rounds of ammunition (collectively, "defendants" and
13 described more specifically in the Complaint) other than Claimant
14 are deemed to have admitted the allegations of the Complaint.
15 The allegations set out in the Complaint are sufficient to
16 establish a basis for forfeiture.
17         D.   The United States of America shall have judgment
18 as to the following: (1) one Colt model AR-15 SP1, .223 caliber
19 semiautomatic rifle, bearing serial number SP168950; (2) one
20 Harrington & Richardson model Young America, .22 caliber
21 revolver, bearing serial number 469834; (3) one thousand (1000)
22 rounds of .22 caliber ammunition with headstamps "F" manufactured
23 by the Federal Cartridge Company; (4) six hundred (600) rounds of
24 .22 caliber ammunition with headstamps "Rem" manufactured by the
25 Remington Arms Company; and (5) one hundred fifty (150) rounds of
26 .22 caliber ammunition with headstamps "C" manufactured by
27 CCI/Speer.
28         E.   All other defendants shall be returned by the

United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to Claimant not later than forty-five (45) days from the date of the entry of this judgment.

   F. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of ATF, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///
///
///

G. The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 21, 2011

_____
THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE